**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, F/K/A MINNESOTA MINING AND MANUFACTURING COMPANY |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S., INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CHEMICALS, INC. |
| Defendant 12 | CHUBB FIRE, LTD. |
| Defendant 13 | CLARIANT CORPORATION |
| Defendant 14 | CORTEVA, INC. |
| Defendant 15 | DAIKIN AMERICA, INC. |
| Defendant 16 | DEEPWATER CHEMICALS, INC.; DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | FIRE SERVICE PLUS, INC. |
| Defendant 20 | KIDDE P.L.C. |
| Defendant 21 | NATION FORD CHEMICAL COMPANY |
| Defendant 22 | NATIONAL FOAM, INC. |
| Defendant 23 | PERIMETER SOLUTIONS |

| Defendant 24 | THE CHEMOURS COMPANY FC, LLC |
| Defendant 25 | THE CHEMOURS COMPANY |
| Defendant 26 | TYCO FIRE PRODUCTS L.P. |
| Defendant 27 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 28 | UTC FIRE & SECURITY AMERICAS CORPORATION |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☐    Diversity

    X    Federal Question

    ☐    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐    Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have owerwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

       Kidney Cancer
       Testicular Cancer
       Thyroid Disease
       Ulcerative Colitis
       Liver Cancer
       Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

       Count I - Defective Design
       Count II - Failure to Warn
       Count III - Negligence
       Count IV - Negligence Per Se
       Count V - Trespass and Battery
       Count VI - Strict Product Liability
       Count VII - Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
       Count VIII - Concealment, Misrepresentation, and Fraud
       Count IX - Conspiracy
       Count X - Wrongful Death
       Count XI - Loss of Consortium

       Other Causes of Action:
       Count XII-   Breach of Express and Implied Warranties
       Count XIII –  Gross Negligence
       CountXIV-   _____
       CountXV -   _____
       Count XVI-  _____
       Count XVII-  _____
       Count XVIII - _____
       Count XIX-  _____
       CountXX-    _____

Others

_____
_____
_____

**<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 3rd, 2025

                        Respectfully Submitted,

                        <u>/s/ Paul P. Burghardt</u>
                        Paul P. Burghardt
                        Outreach Legal, LLC
                        2 North Central Ave., Ste 1800 #4501
                        Phoenix, AZ 85004
                        (801) 413-9943
                        ***Attorneys for Plaintiffs***

**Exhibit A to Short Form Complaint in** *In re: Aqueous Film-Forming Foams Products Liability Litigation*, **MDL 2873**

| | Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Aguirre, Ramon | 3/10/1972 | TX | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 2. | Alley, James | 9/15/1955 | FL | Northern District of Florida | Yes | Yes | No | Thyroid Cancer; Thyroid Disease | I-IX; XII-XIII |
| 3. | Antoine, Laura | 7/6/1977 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 4. | Ashbeck, Gregory | 7/10/1953 | OR | Oregon | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 5. | Azadi, Mehdi | 9/14/1963 | CA | Eastern District of California | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 6. | Barnhart, Robert | 9/6/1948 | FL | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 7. | Bell, Karina | 9/6/1979 | MD | Maryland | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 8. | Billingsley, Curtis | 10/16/1956 | TX | Southern District of Georgia | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 9. | Bissinger, Robert | 9/18/1949 | TX | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 10. | Bitoni, Jesus | 12/16/1948 | TX | Western District of Texas | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 11. | Bly, Michael | 9/28/1981 | AZ | Arizona | Yes | Yes | No | Ulcerative Colitis | I-IX; XII-XIII |
| 12. | Brasaemle, Michael | 4/8/1961 | OH | Northern District of Ohio | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 13. | Brewer, Michael | 11/13/1959 | TX | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 14. | Brigner, Brian | 3/16/1961 | NC | Colorado | Yes | Yes | No | Liver Cancer | I-IX; XII-XIII |
| 15. | Brown, James | 10/21/1956 | GA | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 16. | Browne, Michael | 8/24/1963 | CA | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 17. | Brownson, James | 3/16/1961 | TX | Maryland | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |

| | Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 18. | Burch, Larry | 12/31/1975 | KY | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 19. | Burwell, Roger | 2/16/1963 | FL | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 20. | Castillo, Ruben | 8/5/1945 | CA | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 21. | Charles, James | 10/18/1967 | SC | South Carolina | Yes | Yes | No | Liver Cancer | I-IX; XII-XIII |
| 22. | Chen, Lisa | 10/16/1964 | CA | Eastern District of California | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 23. | Chestang, Reginald | 2/20/1953 | AL | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 24. | Clauss, Michael | 1/15/1946 | MI | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 25. | Cogborn, Charlene | 7/6/1961 | TX | Southern District of Georgia | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 26. | Corrales, Jr., Jose | 3/31/1950 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 27. | Cuellar, Pedro | 6/29/1960 | TX | Western District of Washington | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 28. | Deckard, Jeri | 3/11/1970 | TN | South Carolina | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 29. | Dhennin, Kevin | 1/26/1960 | FL | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 30. | Donahue, Joseph | 1/2/1964 | TX | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 31. | DuFour, Benjamin | 9/29/1985 | KS | Southern District of California | No | Yes | No | testicular cancer | I-IX; XII-XIII |
| 32. | Dusich, Noriko | 10/18/1956 | AZ | Eastern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 33. | Dutton, Roger | 2/2/1956 | FL | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 34. | Edwards, Eddie | 12/12/1957 | LA | Western District of Louisiana | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 35. | Evans, Mark | 3/13/1962 | NC | Eastern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |

| | Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 36. | Ferreira, Vincent | 1/2/1946 | FL | Western District of Washington | Yes | Yes | No | Kidney Cancer; Thyroid Disease | I-IX; XII-XIII |
| 37. | Fontenot, Ira | 10/26/1967 | TN | Northern District of Florida | No | Yes | No | Testicular Cancer; Thyroid Disease | I-IX; XII-XIII |
| 38. | Fragala, Alfio | 5/9/1961 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 39. | Francis, John | 12/8/1940 | AR | Eastern District of Arkansas | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 40. | Fredericksen, Kevin | 11/29/1967 | TN | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 41. | Fuller, Craig | 5/1/1960 | AZ | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 42. | Gailor, Robert | 7/16/1947 | NY | Northern District of Florida | Yes | Yes | No | Kidney Cancer | I-IX; XII-XIII |
| 43. | Giles, Alan | 10/10/1958 | TX | Central District of Illinois | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 44. | Graham, Jamaal | 3/11/1982 | NY | Middle District of Georgia | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 45. | Gruhn, Alfred | 9/3/1960 | MA | District of Massachusetts | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 46. | Gurdo, Arthur | 9/24/1960 | IL | Northern District of Illinois | Yes | Yes | No | Kidney Cancer | I-IX; XII-XIII |
| 47. | Gutierrez, David | 9/30/1955 | TX | Southern District of Texas | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 48. | Hall, Douglas | 5/20/1968 | CA | Southern District of California | Yes | Yes | No | Testicular Cancer | I-IX; XII-XIII |
| 49. | Harper, Brandell | 12/25/1990 | TX | Colorado | Yes | Yes | No | Ulcerative Colitis | I-IX; XII-XIII |
| 50. | Hebert-Robles, Deborah | 2/1/1955 | TX | Southern District of California | Yes | Yes | No | Thyroid Cancer; Thyroid Disease | I-IX; XII-XIII |
| 51. | Henderson, William | 7/1/1950 | TX | Western District of Missouri | Yes | Yes | No | Ulcerative Colitis | I-IX; XII-XIII |
| 52. | Herrera, Maria | 11/1/1973 | CA | Cenral District of California | Yes | Yes | No | Thyroid Cancer | I-IX; XII-XIII |

| | Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Hogan, Britton | 12/21/1961 | CA | Northern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 54. | Horton, Danny | 1/29/1957 | GA | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 55. | Hoyle, Clarence | 10/30/1975 | IL | Colorado | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 56. | Jacobs, Michael | 6/18/1959 | NC | Northern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 57. | Johnson, Jay | 10/14/1959 | TX | Middle District of Georgia | Yes | Yes | No | Testicular Cancer; Thyroid Disease | I-IX; XII-XIII |
| 58. | Jones, Perry | 11/8/1950 | SC | Eastern District of Arkansas | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 59. | Krenzke, Scott | 7/12/1959 | MO | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 60. | Lingham, Marie | 11/9/1958 | AZ | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 61. | Lopez, Eric | 12/24/1954 | HI | Northern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 62. | Love, Robert | 8/23/1966 | VA | Maryland | No | Yes | No | Ulcerative Colitis | I-IX; XII-XIII |
| 63. | Macanan, Godofredo | 9/26/1958 | CA | Southern District of California | Yes | Yes | No | Ulcerative Colitis | I-IX; XII-XIII |
| 64. | Marshall, Ross | 10/10/1946 | GA | Arizona | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 65. | Massetti, John | 10/18/1948 | DE | Northern District of Illinois | Yes | Yes | No | Kidney Cancer | I-IX; XII-XIII |
| 66. | Matlock, Thomas | 7/14/1948 | NC | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 67. | Mcleod, Samantha | 3/23/1965 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 68. | Mcquain, Dennis | 8/14/1953 | WV | Central District of Illinois | No | Yes | No | Kidney Cancer | I-IX; XII-XIII |
| 69. | Mickens, Anthony | 12/3/1962 | TX | Utah | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |

| | Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 70. | Miller, Margaret | 8/29/1978 | WV | Western District of Wisconsin | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 71. | Montgomery, Michael | 9/16/1960 | TX | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 72. | Moore, Jeanette | 12/9/1955 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 73. | Moore, Joseph | 3/19/1942 | VA | Southern District of Illinoise | Yes | Yes | No | Kidney Cancer | I-IX; XII-XIII |
| 74. | Morris, Chester | 7/16/1968 | GA | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 75. | Muckle, Frederick | 12/7/1965 | GA | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 76. | Nelms, Bobby | 12/14/1958 | GA | Southern District of Florida | Yes | Yes | No | Kidney Cancer | I-IX; XII-XIII |
| 77. | Osborne, Carl | 10/22/1957 | FL | Southern District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 78. | Parish, Larissa | 12/25/1967 | VA | Eastern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 79. | Parker, Alvin | 4/15/1954 | VA | District of New Jersey | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 80. | Perez, Erasmo | 6/8/1975 | TX | Northern District of Illinois | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 81. | Phibbs, Donald | 12/3/1957 | TN | Northern District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 82. | Phillips, James | 9/4/1945 | GA | Middle District of Georgia | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 83. | Pinkston, Monica | 8/11/1971 | FL | Middle District of Florida | Yes | Yes | No | Thyroid Cancer; Thyroid Disease | I-IX; XII-XIII |
| 84. | Prell, Hansgeorg | 9/13/1949 | PA | New Jersey | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 85. | Price, Steven | 5/2/1952 | TX | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 86. | Reed, Kelvin | 2/20/1960 | CO | Southern District of Ohio | Yes | Yes | No | Ulcerative Colitis | I-IX; XII-XIII |

| | Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 87. | Richard, David | 4/28/1967 | OH | Southern District of Ohio | Yes | Yes | No | Thyroid Cancer | I-IX; XII-XIII |
| 88. | Riley, Amy | 10/23/1971 | OK | Western District of Oklahoma | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 89. | Rivett, Julie | 1/23/1971 | MD | Maryland | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 90. | Robinson, Lloyd | 3/7/1947 | KY | Maryland | No | Yes | No | Thyroid Cancer | I-IX; XII-XIII |
| 91. | Roten, David | 10/27/1956 | IN | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 92. | Salazar, Cynthia | 10/7/1954 | WA | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 93. | Schreckengost, Brittany | 9/26/1978 | TX | Delaware | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 94. | Schwartz, Kenneth | 6/18/1972 | FL | Middle District of Florida | Yes | Yes | No | Testicular Cancer | I-IX; XII-XIII |
| 95. | Selby, Gregory | 9/2/1966 | VA | New Jersey | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 96. | Sheehan, Michael | 1/15/1959 | TN | Western District of Oklahoma | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 97. | Skelton, Troy | 3/15/1961 | WA | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 98. | Smith, Lawrence | 1/5/1949 | GA | Middle District of Georgia | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 99. | Smith, Lois | 10/18/1953 | VA | Northern District of Florida | No | Yes | No | Thyroid Cancer | I-IX; XII-XIII |
| 100. | Solano, Michael | 5/12/1955 | TX | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 101. | Southern, Gilmer | 8/17/1968 | NC | Middle District of North Carolina | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 102. | Taylor, Arthur | 2/24/1983 | VA | South Carolina | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 103. | Taylor, Jack | 9/30/1994 | TX | Colorado | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |

|  | Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 104. | Thomas, Derec | 2/26/1968 | TX | District Court of South Carolina | Yes | Yes | No | Thyroid Cancer | I-IX; XII-XIII |
| 105. | Tidwell, Kenneth | 9/19/1954 | LA | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 106. | Tolentino, Ramon | 3/10/1947 | CA | Northern District of California | Yes | Yes | No | Kidney Cancer | I-IX; XII-XIII |
| 107. | Toves, Rodney | 12/29/1964 | GU | Northern District of Illinois | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 108. | Wade, Terrick | 11/13/1977 | FL | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 109. | White, James | 10/27/1958 | TX | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 110. | Wiegman, Stanley | 1/28/1958 | TN | Colorado | Yes | Yes | No | Ulcerative Colitis | I-IX; XII-XIII |
| 111. | Wilson, Adrienne | 7/18/1961 | FL | Middle District of Florida | Yes | Yes | no | Thyroid Disease | I-IX; XII-XIII |
| 112. | Wilson, Darrick | 4/25/1958 | DC | D.C. | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 113. | Wolfe, Anthony | 8/9/1967 | FL | Middle District of Florida | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 114. | Wood, Kenneth | 6/8/1957 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 115. | Young, Beran | 5/15/1969 | TX | Southern District of California | Yes | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 116. | Zirkle, Bruce | 11/30/1966 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Disease | I-IX; XII-XIII |
| 117. | Zyble, David | 7/5/1964 | MI | Western District of Michigan | Yes | Yes | No | Ulcerative Colitis | I-IX; XII-XIII |